# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 138

In the Matter of the Adoption of M.E., a child

W.E. and D.E.,                                                      Petitioners

    v.

L.H.,                                                Respondent and Appellant

## No. 20210172

Appeal from the District Court of Grand Forks County, Northeast Central Judicial District, the Honorable Donald Hager, Judge.

AFFIRMED.

Per Curiam.

Rhiannon L. Gorham, Grand Forks, ND, for respondent and appellant; submitted on brief.

## In the Matter of the Adoption of M.E.
### No. 20210172

**Per Curiam.**

[¶1]   L.H. appeals from a district court order terminating his parental rights to M.E., in connection with a petition for adoption. L.H. argues on appeal the court clearly erred by finding he abandoned M.E., and the court abused its discretion by terminating his parental rights. We conclude the court's findings were not clearly erroneous and the court did not abuse its discretion by terminating L.H.'s parental rights. We summarily affirm under N.D.R.App.P. 35.1(a)(2) and (4).

[¶2]   Jon J. Jensen, C.J.
       Gerald W. VandeWalle
       Daniel J. Crothers
       Lisa Fair McEvers
       Jerod E. Tufte